UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 14, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD PETER HANANIA,

Defendant.

Case No. 2:15-mj-00084-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDWARD PETER HANANIA ,

Case No.  2:15-mj-00084-CKD  from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $  .

__X__  Unsecured Appearance Bond $  50,000

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

__X__  (Other): Pretrial Services conditions.

Issued at Sacramento, California on April 14, 2015 at 2:15 PM

By: _____

Magistrate Judge Carolyn K. Delaney